UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeremy Michael Bilder,                                  Civ. No. 20-1675 (PAM/KMM)

          Plaintiff,

v.                                                      **ORDER**

Nicole Hawkins, and Jane
Does 1-8,

          Defendants.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Katherine M. Menendez dated October 21, 2020. (Docket No. 4.) The R&R recommends dismissal of this matter without prejudice because Plaintiff fails to state a claim for relief.

According to statute, the Court must conduct a de novo review of any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). Because Plaintiff failed to object within the time permitted, the Court adopts the R&R.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 4) is **ADOPTED**;

2. The Complaint (Docket No. 1) is **DISMISSED without prejudice**; and

3. Plaintiff's Application to proceed in forma pauperis (Docket No. 2) is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: November 25, 2020

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge